J. Daniel Bariault, WSBA No. 12953

dan@businessadvocatelaw.com

Business Advocate Law PLLC

1700 Seventh Avenue, Suite 2100, PMB 295

Seattle, WA 98101

(206)369-3912 | (866)941-4967 Fax

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALAN DEATLEY,<br>NAPI (Colorado) LLC, a Washington<br>limited liability company, and<br>15 CORPORATIONS, INC.,<br>a Washington limited liability company,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>KEYBANK NATIONAL ASSOCIATION,<br>an Ohio corporation, COLORADO<br>DEPARTMENT OF REVENUE,<br>ROXY HUBER, NEIL TILLQUEST,<br>BRUCE NELSON, RICHARD GIARDINI,<br>JACKSON COUNTY, COLORADO,<br>and JOHN DOES, 1 through 100,<br><br>　　　　　Defendants. | NO. CV-12-01138<br><br>ORDER TRANSFERRING<br>VENUE TO UNITED STATES<br>DISTRICT COURT FOR THE<br>DISTRICT OF COLORADO |

THIS MATTER came on for hearing on Plaintiffs' Motion to Transfer Venue

For Convenience to the United States District Court for the District of Colorado.  All

Defendants previously served with Plaintiffs' Summons and Complaint have

ORDER GRANTING PLAINTIFFS' MOTION - 1
TO TRANSFER VENUE FOR CONVENIENCE

stipulated to this Order.   Defendants reserve any objection they may have raised based on the initial filing the Summons and Complaint, including but not limited to, objections based on jurisdiction and/or failure to state a claim.

ORDERED, ADJUDGED, AND DECREED that Plaintiffs Motion To Transfer Venue for Convenience is granted.

DATED this 9th day of November, 2012.

*Mm S Lasnik*

Robert S. Lasnik
United States District Judge

Presented by:

Business Advocate Law PLLC

By      /s/ Dan Bariault
        J. Daniel Bariault, WSBA #12953
        Attorney for Plaintiffs
        1700 Seventh Avenue, Suite 2100
        Seattle, Washington 98101
        Tel: (206) 954-9200
        Fax: (866) 941-4967
        dan@businessadvocatelaw.com

ORDER GRANTING PLAINTIFFS' MOTION - 2
TO TRANSFER VENUE FOR CONVENIENCE